# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2026-0558

—————————————————

GRETCHEN BUSELLI,

    Appellant,

    v.

BRADLEY BUSELLI,

    Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Barbara K. Hobbs, Judge.

July 29, 2026

PER CURIAM.

    DISMISSED as untimely.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Gretchen Buselli, pro se, Appellant.

No appearance for Appellee.